# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| RICHARD MARVIN THOMPSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:20-cv-00727-AKK-HNJ |
| ) | |
| WILLIAM BARR, ) | |
| ) | |
| Respondent. ) | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Richard Marvin Thompson, a native and citizen of Jamaica, filed this 28 U.S.C. § 2241 petition for writ of habeas corpus to challenge the legality of his continued detention by federal immigration authorities pending his removal from the United States under the Immigration and Nationality Act. (*See* Doc. 1). On June 1, 2020, Respondent filed an unopposed motion to dismiss the action as moot. (Doc. 3).

Respondent supports the motion with the declaration of Bryan S. Pitman, a Supervisory Detention and Deportation Officer with Immigration and Customs Enforcement ("ICE"). (Doc. 5). Pitman's review of Petitioner's detention history on the ICE database shows his release from ICE custody on an Order of Supervision on May 26, 2020. (*Id.* at 1). Petitioner's forwarding address is 217 Hollister Avenue, Apartment C-8, Bridgeport, Connecticut 06607. (*Id.*). A certified copy of Petitioner's detention history on the database corroborates Pitman's testimony as to Petitioner's release on bond. (*Id.* at 2–3).

Petitioner's release on an immigration bond renders his petition seeking relief in the form of release from ICE custody moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"); *see also Spencer v. Kemna*, 523 U.S. 1, 7-8 (1998) (once a habeas petitioner is released from custody, he must demonstrate collateral consequences to avoid mootness doctrine). Accordingly, this matter is due to be dismissed. *Khader v. Holder*, 843 F. Supp. 2d 1202, 1202 (N.D. Ala. 2011).

For the reasons stated above, the undersigned **RECOMMENDS** that Respondent's unopposed motion to dismiss be **GRANTED** and the petition be **DISMISSED** as **MOOT.**

The Clerk is **DIRECTED** to send Petitioner a copy of this report and recommendation to his address of record and to 217 Hollister Avenue, Apartment C-8, Bridgeport, Connecticut 06607. The Clerk is **FURTHER DIRECTED** to send Respondent's counsel a copy of this report and recommendation.

### NOTICE OF RIGHT TO OBJECT

A petitioner may file specific written objections to this report and recommendation. The petitioner must file any objections with the Clerk of Court within fourteen (14) calendar days from the date the report and recommendation is entered. Objections should specifically identify all findings of fact and recommendations to which objection is made and the specific basis for objecting. Objections also should specifically identify all claims contained in the petition that the

report and recommendation fails to address. Objections should not contain new allegations, present additional evidence, or repeat legal arguments.

Failing to object to factual and legal conclusions contained in the magistrate judge's findings or recommendations waives the right to challenge on appeal those same conclusions adopted in the district court's order. In the absence of a proper objection, however, the court may review on appeal for plain error the unobjected to factual and legal conclusions if necessary in the interests of justice. 11th Cir. R. 3-1.

On receipt of objections, a United States District Judge will review *de novo* those portions of the report and recommendation to which specific objection is made and may accept, reject, or modify in whole or in part, the undersigned's findings of fact and recommendations. The district judge also may refer this action back to the undersigned with instructions for further proceedings.

The petitioner may not appeal the magistrate judge's report and recommendation directly to the United States Court of Appeals for the Eleventh Circuit. The petitioner may only appeal from a final judgment entered by a district judge.

**DONE** this 19th day of June, 2020.

HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE