FILED
2020 Jul-27  AM 08:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| RICHARD MARVIN THOMPSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:20-cv-00727-AKK-HNJ |
| ) | |
| WILLIAM BARR, ) | |
| ) | |
| Respondent. ) | |

## ORDER

The magistrate judge entered a report on June 19, 2020, recommending that the court grant respondent's unopposed motion to dismiss, based on Richard Marvin Thompson's release on an immigration bond on May 26, 2020. Doc. 6. Although the magistrate judge advised the parties of their right to file specific written objections within 14 days, the court has not received objections.

Having carefully reviewed and considered the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. By separate order, the court will dismiss this action as moot.

**DONE** the 27th day of July, 2020

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE